*Thursday, November 1, 2001*

## MOTION DOCKET

**01–948. Vandalia–Butler City School Dist. Bd. of Edn. v. Montgomery Cty. Bd. of Revision.** Board of Tax Appeals, No. 98–M–1013. This cause is pending before the court as an appeal from the Board of Tax Appeals.

IT IS ORDERED by the court, *sua sponte*, that this cause be consolidated with Supreme Court case No. 01–949, *Vandalia–Butler City School Dist. Bd. of Edn. v. Montgomery Cty. Bd. of Revision et al.*, for oral argument and decision.